IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Willie Lee White, #140147 )
_____ )
Full name and prison number )
Of Plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:07cv1080-MHT
 )   (To be supplied by Clerk of
Alabama Pardon & Paroles et. al. )   U.S. District Court)
_____ )
 )
Victims Of Crimes Against Leniency et. al. )
_____ )
 )
Governor Bob Riley et. al., )
_____ )
 )
Honorable Troy King et. al., )
_____ )
 )
Mrs. Edna Harris, Ala. Dept. of Corrections )
_____ )
Name of person(s) who violated )
Your constitutional rights. )
(List the names of all )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )   NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES (X)   NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____None_____

            Defendant(s) _____None_____

        2.  Court )if federal court, name the district; if
            state court, name the county)_____

                                        _____None_____

1

3. Docket number _____ None _____

4. Name of judge to whom case was assigned _____
_____ None _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____ None _____

6. Approximate date of filing lawsuit ___None___

7. Approximate date of disposition ___None___

II. PLACE OF PRESENT CONFINEMENT ___Limestone Correctional Facility___

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED ___Limestone C.F.___

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Sidney Williams | @ 301 South Ripley Street BLD#D, Montg. Ala. 36130 |
| 2. Valinda Weatherly | (same as above) |
| 3. Robert Longshore | (same as above) |
| 4. Governor Bob Riley | @ 600 Dexter Ave, Rm#104, Montg. Ala. 36130 |
| 5. Honorable Troy King | @ 11 South Union St. Montg. Ala. 36130 |
| 6. Victims of Crime Against Leniency (VOCAL) | (same as No#1 thru #3) |
| 7. Mrs. Edna Harris (ADOC) | @ Limestone C.F., Harvest, Ala. 35749-7009 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ___March 7, 2006___

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___Denial of Effective Due Process of Art I, U.S.C. 14th. Amend.___
["Defendants commissioned improprieties in my respective parole proceeding"]

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved)**

My 2006 Parole denial was the direct results of Alabama's unconstitutional political policy orchestrated by Pardon & Parole Board members Mr. Williams, Mr. Longshore, Mrs. Weatherly through collusion, conspiracy with co-defendants Bob Riley, Troy King and Vocal members et. al., politically predisposing me of a[ny] proper discretionary review rendering the hearing process fundamentally unfair; treating me dissimilar with respects to the laws compared to non-violent offenders inapposite to the Due Process Clause of the Fourteenth Amendment of the United States Constitution ["Contravening Ala. Bd. of Paroles Rules, Reg. Proc. Art IV through VI."]

**GROUND TWO:** **Denial of the Equal Protection Clause of U.S. Const. 14th. Amend.**

["Defendants principal decision was procedurally infected by *deceit, bias, prejudice*"]

**SUPPORTING FACTS:** White maintains overt *procedures* were used by the Pardon & Parole Board in March of 2006 –that arbitrarily and capriciously denied him of the discretionary review for proper consideration based upon *erroneous –false information* {"that I have violent behavioral problems"}, absent 1st hand knowledge, or authenticate documentation, verifying said assertions made by adverse parties– commingling with Vocal et. al., through complicit acts by Troy King et. al., and Governor Riley's political party –in violation of equal protection principles as-applied to similar incarcerated prisoners being reviewed for parole –Alabama utilized a blanket-styled denial policy –due to the nature, degree of offense.

**GROUND THREE:** Denial of Due Process; Cruel & Unusual Punishment –Equal Protection Violation {"Defendant Edna Harris made egregious threats, subversive acts"]

**SUPPORTING FACTS:** Defendant Harris, the ADOC classification specialist, stated: "I'm going to mess you up, to where you'll never get out of prison, because you messed up one of my institutional inmate tutor's, you'll remain at Limestone forever." Then placed erroneous subversive facts into my institutional file, which ultimately hindered, obstructed and outright denied me a fair, consideration for my discretionary 2006 Parole review, that the Pardon & Paroles utilized against me in a discriminatory fashion inapposite to §§15-22-20, 24 –26, 28 and section 36, Code of Alabama 1975, *inter alia*.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

<u>Aggrieved White seeks §1983 action for Prospective declaratory and injunctive relief challenging both, the retroactive and constitutionality of Alabama's unfair, discriminatory parole procedures that would render invalid Alabama's procedures used to deny (i) parole eligibility, and / or (ii) parole suitability in accord with *Wilkinson v. Dotson*, 544 U.S. 74 (2005) holdings; ORDER Def's. to GRANT White an immediate parole hearing in accordance with statutory laws and administrative rules in place, at</u> the time when, if any crime (actually) occurred in Alabama –1992.

                                                   */s/ Willie L. White*
                                                   Willie Lee White # 140147

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   12/7/07  
                 (Date)

                                      */s/ Willie White*
Willie Lee White,
Acting in pro per #140147
Limestone Corrections Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

4



WILLIE LEE WHITE, #140147
LIMESTONE C.F. DORM -C
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

This correspondence is forwarded from an Alabama State Prision. The contents have not been evaluated, and the Alabama Department of Corrections in not responsible for the substance or content of the enclosed communication.

**LEGAL MAIL**

UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711