1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

WILLIE LEE WHITE #140147

    PLAINTIFF,

VS.                                   *    Case No# 2:07CV1080-MHT

ALABAMA PARDON & PAROLES, et. al.,    *

    DEFENDANTS.                       *

### NOTICE OF INTENT TO COMPLY
### WITH In Forma Pauperis §1915

COMES NOW Willie Lee White (hereinafter "White") moves this Court to respectfully review, and accept the foregoing Affidavit of Hardship for good cause, as follows:

§ 1.    White maintains due to internal functions within the ADOC -whereas White awaits from the business office another PMOD account sheet, in accord with §1915 -for indigent status pursuant to In Forma Pauperis ("IFP") and upon receipt will immediately forward said form to the Clerk, Honorable D. Hackett.

§ 2.    It must be respectfully pointed out, that this White's second attempt to appear before this Court under IFP, and this Court's Clerk kept White's previous filed IFP declaration sheet, when [it] inadvertently sent White's §1983 Complaint back, weeks ago.    Thus White has again, first, requested from the ADOC for said such account deposits, balances, to re[submit] another

PMOD to the instant §1983 hereinafter attached, but for the prejudice, and ill White currently suffers, the §1983 must be expedited to correct injuries he is currently suffering under, by said adverse defendants as a whole; inapposite to federal constitutional protected rights, enjoined inmates, as-applied to White's ongoing plight with said "Defendant's above, *inter alia*.

§ 3.    White requests for juridical intervention to redress constitutional deprivations under the color of state law, and has reason to believe that the ADOC is currently swamped with the vast, masses of other inmates utilizing Limestone Business office, thus impeding his direct access to this Federal Court, but upon "receipt will forward, without haste that PMOD sheet" supporting a §1983 complaint, under the IFP, pursuant to §1915.

**Certificate of Service**

I HEREBY CERTIFY that I have served a true, correct copy upon this Court, by placing said same in the U.S. mail, properly addressed, postage prepaid to U.S. District Court, Post Office Box# 711, Montgomery, Alabama 36101-0711.

Done so this December 10, 2007.

Respectfully submitted,

_____
Willie Lee White #140147

| State of Alabama<br>Unified Judicial System<br>Form C-10 Page 1 of 2  Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER | Case Number<br>2:07cv1080-MHT |
|---|---|---|

IN THE __UNITED STATES__ COURT OF __DISTRICT (MIDDLE)__, ALABAMA
(Circuit, District, Municipal)                          (Name of County or Municipality)

STYLE OF CASE:   ALA. BD. OF PARDONS AND PAROLES   v.   WILLIE LEE WHITE
                                 Plaintiff(s)                                             Defendant(s)

TYPE OF PROCEEDING: _____    CHARGE(s) (if applicable): _____

☑ **CIVIL CASE** -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that these fees be waived initially and taxed as costs at the conclusion of the case.
☐ **CIVIL CASE** -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request the court to appoint one for me.
☐ **CRIMINAL CASE** -- I am financially unable to hire an attorney and request that the court appoint one for me.
☐ **DELINQUENCY/NEED OF SUPERVISION** -- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

**SECTION I.**
1  **IDENTIFICATION**
   Full name _____ WILLIE WHITE _____   Date of birth ___ 9/9/1962 ___
   Spouse's full name (if married) _____
   Complete home address _____

RECEIVED DEC 12 2007 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.

   Number of people living in household _____
   Home telephone number _____
   Occupation/Job _____   Length of employment _____
   Driver's license number _____   *Social Security Number _____
   Employer _____   Employer's telephone number _____
   Employer's address _____
                           INCARCERATED

2  **ASSISTANCE BENEFITS**
   Do you or anyone in your household receive benefits from any of the following sources? (if so, please check those which apply.)
   ☐ AFDC   ☐ Food stamps   ☐ SSI   ☐ Medicaid   ☐ Other _____

3  **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
      Monthly Gross Income                                                      $ ____0____
      Spouse's Monthly Gross Income (unless a marital offense)       _____
      Other Earnings: Commissions, Bonuses, Interest Income, etc.   _____
      Contributions from Other People Living in Household               _____
      Unemployment/Workmens's Compensation,
         Social Security, Retirements, etc.                                         _____
      Other Income (be specific)                                                    _____
      **TOTAL MONTHLY GROSS INCOME**                                   $ ____0____

   Monthly Expenses:
      A. Living Expenses
         Rent/Mortgage                                                                $ ____0____
         Total Utilities: Gas, Electricity, Water, etc.                            _____
         Food                                                                              _____
         Clothing                                                                          _____
         Health Care Insurance                                                       _____
         Car Payment(s)/Transportation Expenses                              _____
         Loan Payment(s)                                                              _____

| Form C-10 Page 2 of 2   Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** |
|---|---|

Monthly Expenses: (con'd page 1)
    Credit Card Payment(s)
    Educational/Employment Expenses
    Other Expenses *(be specific)* _____

    **Sub-Total**      A $ ___0___

B.    Child Support Payment(s) Alimony      $ ___0___

    **Sub-Total**      B $ ___0___

C.    Exceptional Expenses      $ ___0___

**TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only)    $ ___0___

Total Gross Monthly Income Less total monthly expenses:
**DISPOSABLE MONTHLY INCOME**      $ ___0___

4  **LIQUID ASSETS:**
    Cash on Hand/Bank *(or otherwise available as stocks, bonds, certificates of deposit)*    $ ___0___
    Equity in Real Estate (value of property less what you owe) _____
    Equity in Personal Property, etc (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) _____
    Other *(be specific)*
    Do you own anything else of value? ☐ Yes  ☐ No
    (land, house, boat, TV, stereo, jewelry)
    If so, describe _____

    **TOTAL LIQUID ASSETS**      $ ___0___

5  Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this _____ day of __Dec__, 2007

Judge/Clerk/Notary     Commission Expires: __9-8-2010__

Affiant's Signature
Print or Type Name: __WILLIE WHITE__

**ORDER OF COURT**

**SECTION II.**
    IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
    ☐ Affiant is not indigent and request is DENIED.
    ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court as otherwise ordered and disbursed as follows: _____
    ☐ Affiant is indigent and request is GRANTED.
    ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED THAT _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____

_____
Judge