IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1080-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

The plaintiff, a state inmate, filed a 42 U.S.C. § 1983 action in which he presents general challenges to the procedures utilized in the 2006 decision to deny him parole. Upon review of the complaint, and for good cause, the court deems it appropriate to require that the plaintiff file an amendment to his complaint with respect to the 2006 decision to deny parole. Accordingly, it is

ORDERED that on or before January 7, 2008 the plaintiff shall file an amendment to his complaint which:

    1. Identifies the unconstitutional policy he alleges the defendants utilized in the denial of his parole.

    2. Specifically describes how the parole board members conspired with non-members to effectuate the denial of his parole.

    3. Identifies the alleged false/erroneous information placed in his institutional file by

defendant Harris.

4. States a factual basis in support of his claim that parole board members denied him parole in violation of his equal protection rights.

5. Identifies the retroactive and discriminatory parole procedures utilized in the determination to deny him parole.

In response to the directives of this order, the plaintiff is advised that he must set forth **short and plain statements**. Each response should be simple, concise and direct. Rule 8, *Federal Rules of Civil Procedure*.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 14th day of December, 2007.


      /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE