IN THE UNITED STATES DISRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

WILLIE LEE WHITE
Plantiff(s)

v.

ALA. BD. PARDONS & PAROLES
Defendant(s)

RECEIVED
2007 DEC 20 A 9: 41
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07-CV-1080-MHT

I, __WILLIE WHITE__, being first duly sworn, depose and say that I am the plaintiff in the above case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   Yes ( )   No X

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. _____

2. Have you received within the past twelve months and money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )   No X

   B. Rent payments, interest, or dividends?   Yes ( )   No X

   C. Pensions, annuities, or life insurance payments?   Yes ( )   No X

   D. Gifts or inheritances?   Yes ( )   No X

   E. Any other sources?   Yes ( )   No X

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____

PAGE 2

3. Do you own cash, or do you have money in a checking or savings account?
   Yes ( ),    No   X            (Include any funds in prison accounts.)
   If the answer is "yes", state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ( )    No   X
   If the answer is "yes", describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _12/12/07_ (date).

_Willie Lee White #140147_
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _0.96_ on account to his credit at the _LCF_ institution where he is confined. I further certify that the petitioner likewise had the following securities to his credit according to the records of said _____ institution: _____

_Beverly Burnett_
Authorized Officer of Institution

**INFORMATION REGARDING PRISONER ACCOUNTS**

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made by the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

CERTIFICATION

I hereby certify that prisoner __Willie White__ has been incarcerated in this institution since __12/12__, 20__1996__ and that he has the sum of $ __0.96__ in his prison or jail trust account on this the __12th__ day of __Dec.__, 20__07__ I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Jun 2007 | $ 0.00 | $ 0.01 |
| Month 2 | Jul 2007 | $ 0.00 | $ 0.01 |
| Month 3 | Aug 2007 | $ 50.00 | $ 1.30 |
| Month 4 | Sep 2007 | $ 0.00 | $ 0.16 |
| Month 5 | Oct. 2007 | $ 75.00 | $ 3.56 |
| Month 6 | Nov 2007 | $ 85.00 | $ 2.25 |
| Current Month (if less than a full month) | Dec 2007 | $ 75.00 | $ 11.64 |

_____Burush Burnett_____
Signature of Authorized Officer of Institution

_____LCF_____
Name of Institution

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
LIMESTONE CORECTIONAL FACILITY

AIS #: 140147      NAME: WHITE, WILLIE                      AS OF: 12/12/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| DEC   | 19        | $0.08             | $0.00            |
| JAN   | 31        | $0.08             | $0.00            |
| FEB   | 28        | $18.19            | $100.00          |
| MAR   | 31        | $0.01             | $50.00           |
| APR   | 30        | $0.01             | $0.00            |
| MAY   | 31        | $0.01             | $0.00            |
| JUN   | 30        | $0.01             | $0.00            |
| JUL   | 31        | $0.01             | $0.00            |
| AUG   | 31        | $1.30             | $50.00           |
| SEP   | 30        | $0.16             | $0.00            |
| OCT   | 31        | $3.56             | $75.00           |
| NOV   | 30        | $2.25             | $85.00           |
| DEC   | 12        | $11.64            | $75.00           |

AIS #: 140147      NAME: WHITE, WILLIE                      AS OF: 12/12/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|

WILLIE WHITE, #140147
LIMESTONE C.F. DORM -C
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009



This corresponderice is forwarded from an Alabama State Prision. The contents have not been evaluated, and the Alabama Department of Corrections in not responsible for the substance or content of the enclosed communication.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

**LEGAL MAIL**