IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1080-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel discovery (Court Doc. No. 6) and request for limited discovery (Court Doc. No. 7) filed by the plaintiff on December 27, 2007, and as the documents sought by the plaintiff are not necessary to his filing an amendment to the complaint in compliance with the order entered on December 14, 2007 (Court Doc. No. 4), it is

ORDERED that the aforementioned motion/request be and are hereby DENIED. It is further

ORDERED that the plaintiff be GRANTED an extension from January 7, 2008 to and including January 22, 2008 to file an amendment to the complaint in compliance with the order entered on December 14, 2007 (Court Doc. No. 4).

Done this 7th day of January, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE