IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE LEE WHITE, #140147, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-1080-MHT |
| | ) | |
| ALABAMA BOARD OF PARDONS | ) | |
| AND PAROLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

Upon review of the document filed by the plaintiff on January 30, 2008 (Court Doc. No. 12), which the court construes to contain a motion for joinder of actions, and as the facts underlying decisions of the Alabama Board of Pardons and Paroles with respect to each individual inmate plaintiff are substantially different, it is

ORDERED that this motion be and is hereby DENIED.

Done this 31st day of January, 2008.

         /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE