| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cornell Long_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                              1/30/08 |
| 1. Article Addressed to:<br><br>General Counsel<br>Alabama Department of Pardons & Paroles<br>301 South Ripley Street<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:     ☐ No<br><br>2:07cv1080<br>c. and c & s<br><br>e<br>   Mail    ☐ Express Mail<br>   ed       ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from...) | 7007 2680 0003 1841 6315 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) \| C. Date of Delivery 1/30/08 |
| 1. Article Addressed to:<br><br>Robert Longshore<br>Pardons and Paroles Board<br>301 South Ripley Street<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07cv1080<br>d. amd cmp & o  4?  |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 1841 6254 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cornell Long_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>   1/30/08 |
| 1. Article Addressed to:<br><br>Valinda Weatherly<br>Pardons and Paroles Board<br>301 South Ripley Street<br>Montgomery, AL 36130 | D. Is delivery address different from Item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:07cv1080<br>C. and C & O       48 |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 1841 5059 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery 1/30/08 |
| 1. Article Addressed to:<br><br>Sidney Williams<br>Pardons and Paroles Board<br>301 South Ripley Street<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br>2:07CV1080<br>C, Amdc o-o    40 |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number *(Transfer from service la.)* | 7007 2680 0003 1841 5042 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540