| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Lewis_  ☐ Agent  ☐ Addressee <br> B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to: <br><br> Governor Bob Riley <br> State Capitol <br> 11 South Union Street <br> Montgomery, AL  36130 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br> 2:07CV1080 <br> c, and c v o |
|  | 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number <br> (Transfer from servi[...] | 7007 2680 0003 1841 6261 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540