| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Tara Knee  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): Tara Knee  C. Date of Delivery: 01-31-08 |
| 1. Article Addressed to:<br><br>Kim T. Thomas, General Counsel<br>Alabama Department of Corrections<br>Legal Counsel<br>50 Ripley Street, 3rd Floor<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07cv1080<br>c, amdc + 8<br><br>Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service) | 7007 2680 0003 1841 6308 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540