IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIE LEE WHITE,              )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     2:07cv1080-MHT
                               )
ALABAMA PARDON & PAROLES,      )
et al.,                        )
                               )
    Defendants.                )
```

### ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objection (Doc. No. 19) is overruled.

(2) The magistrate judge's order (Doc. No.13) is affirmed.

(3) The magistrate judge's recommendation (Doc. No. 14) is adopted.

(4) Plaintiff's motion for class certification (Doc. No. 12) is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 4th day of March, 2008.


　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**