IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIE LEE WHITE, #140147,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1080-MHT |
| | ) |
| **ALABAMA BOARD OF** | ) |
| **PARDONS AND PAROLES, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR ENLARGEMENT OF TIME

**COMES NOW** the Alabama Board of Pardons and Paroles, Board Member VeLinda A.J. Weatherly and Board Member Robert Longshore and Former Board Member Sidney T. Williams and show the Court as follows:

1) Defendants request a thirty (30) day enlargement of time, thereby making its Answer due on *April 7, 2008*. Said time is necessary to adequately prepare an Answer in response to Plaintiff's complaint.

1

2) Said granting of the requested extension of time will not prejudice Plaintiff.

        Respectfully submitted,

        TROY KING
        ATTORNEY GENERAL
        KIN 047

        GREGORY O. GRIFFIN, SR.
        CHIEF COUNSEL
        GRI026

        s/DANA L. PITTMAN
        ASSISTANT ATTORNEY GENERAL
        STATE BAR#:  ASB-7192-A57P
        ALA. BD. OF PARDONS & PAROLES
        P.O. BOX 302405
        MONTGOMERY, AL  36130
        TELEPHONE: (334)242-8700
        FAX: (334)353-4423
        Dana.Pittman@paroles.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on 3-7-08, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually:

**WILLIE LEE WHITE, #140147**
**LIMESTONE CF**
**28779 NICK DAVID RD.**
**HARVEST, AL  35749-7009**

Done this **7**[th] day of **March, 2008**.

Respectfully submitted,

s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-7192-A57P
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Dana.Pittman@paroles.alabama.gov