IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE               ) | |
|       ) | |
|     Plaintiff,                      ) | |
|       ) | |
| vs.                                             ) | Case No.: 2:07-CV-1080-MHT |
|       ) | |
| ALABAMA PARDONS & PAROLES , ) | |
| et al.                                         ) | |
|       ) | |
|     Defendants.             ) | |

**MOTION FOR EXTENSION OF TIME**

Come now the defendants **Bob Riley, Troy King and Edna Harris,** by and through the undersigned counsel, and move for an extension of time of thirty (30) days to file their Answer and Special Report in this cause and for grounds state as follows:

1.  The defendants' Special Report in this cause is due March 10, 2008.

2.  Undersigned counsel has not received all of the information necessary to file a response to plaintiff's complaint.

5.  The defendants' Answer and Special Report cannot be prepared without these affidavits and records.

6.  This is said defendants first request for an extension.

7.  This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the plaintiff.

WHEREFORE, based on the foregoing, defendants respectfully request an enlargement of time for thirty (30) additional days, up to and including **April 9, 2008**, to file their Answer and Special Report.

Respectfully submitted on this 10th day of March, 2008.

/s/ J. MATT BLEDSOE
J. MATT BLEDSOE
Counsel for Defendants Riley, King & Harris

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

      I certify that I have on this the 10th day of March, 2008, filed the foregoing with the Clerk of the Court, using the CM/ECF Filing System, and that I have further served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Willie White, #140147
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

                                        /s/ J. MATT BLEDSOE
                                        OF COUNSEL