IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. **2:07-CV-1080-MHT** |
| | ) |
| ALABAMA PARSONS AND PAROLES, | ) |
| et al. | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, *Bob Riley, Troy King and Edna Harris*, defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

■ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                               Relationship to Party

_____   _____

_____   _____

_____   _____

_____   _____


03/10/08                                        /s/ J. MATT BLEDSOE
Date                                            Counsel Signature

                                                **Riley, King and Harris**
                                                Counsel for (print names of all parties)

                                                11 South Union Street Montgomery, AL 36130
                                                Address, City, State Zip Code

                                                334-242-7443
                                                Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

### CERTIFICATE OF SERVICE

I, J. Matt Bledsoe, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 10th day of March, 2008, to:

**Willie White, #14-147**
**Limestone Correctional Facility**
**28779 Nick Davis Road**
**Harvest, AL  35749**

03/10/08                                                                s/ J. MATT BLEDSOE
Date                                                                                  Signature