IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1080-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendants Riley, King and Harris filed on March 10, 2008 (Court Doc. No. 23), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the aforementioned defendants be GRANTED an extension from March 10, 2008 to and including April 9, 2008 to file their special report and answer.

Done this 10th day of March, 2008.


        /s/ Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE