IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIE WHITE, AIS# 140147,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-1080 |
| | ) |
| **ALA. BD. OF PARDONS & PAROLES, ET.AL,** | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW** the *Alabama Board of Pardons and Paroles*, Former Chairman of the Board *Sidney T. Williams*, Board Member *Robert Longshore*, and Board Member *VeLinda Weatherly*, Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**X**   This party is an individual, or

**X**   This party is a governmental entity, or

**X**   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

_____3-11-08_____          s/DANA LEA PITTMAN_____
Date                         Counsel Signature

                             *Williams, Longshore, and Weatherly*____
                             Counsel for (print names of all parties)

                             301 S. Ripley Street, Montgomery, AL 36130
                             Address, City, State Zip Code

                             334-242-8700_____
                             Telephone Number

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**CERTIFICATE OF SERVICE**

I, Dana Lea Pittman, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this **11TH** day of **March 2008**, to:

WILLIE WHITE, AIS#140147, LIMESTONE CF, 28779 NICK DAVIS RD, HARVEST, AL  35749 _____

_____

_____

_____

_____

_____

| | |
|---|---|
| 3-11-08 | s/Dana Lea Pittman |
| Date | Signature |