IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1080-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for continuance/stay filed by the plaintiff on March 10, 2008 (Court Doc. No. 28), in which the plaintiff seeks an extension allowing him an opportunity to file a response to the answers of the defendants, and as the defendants have not yet filed their special reports/answers in this case, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that upon receipt of all necessary responses from the defendants the court will enter an order which allows him an opportunity to respond to the documents filed by the defendants.

Done this 11th day of March, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE