IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE LEE WHITE, #140147,          )
                                    )
          Plaintiff,                )
                                    )
v.                                  )          CIVIL ACTION NO. 2:07-CV-1080-MHT
                                    )
ALABAMA BOARD OF PARDONS            )
AND PAROLES, et al.,                )
                                    )
          Defendants.               )

**ORDER ON MOTION**

Upon review of the interrogatories filed by the plaintiff on March 10, 2008 (Court Doc. No.

26), which the court construes as a motion for leave to conduct discovery, and as the defendants

have not yet filed their special reports/answers in this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 11th day of March, 2008.


          _____/s/ Terry F. Moorer_____
          TERRY F. MOORER
          UNITED STATES MAGISTRATE JUDGE