# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

Willie Lee White #140147

      Plaintiffs,

Vs.

      Case No: 2:07-CV-1080-MHT

Alabama Pardon & Paroles et. al.,

      Defendants.

## MOTION FOR A STAY / ABEYANCE

**COME NOW, Willie Lee White** (hereinafter "White") Plaintiff moves this court to **GRANT** the above styled instant motion pursuant to Motions previously filed as follows:

1). **Motion For Continuance / Stay Permitting Plaintiff To Contest Defendants Answer; Request For Discovery / Production For Documents Pursuant To Federal Rules Of Civil Procedures; Interrogatories And Request For Admissions, For Production of Documents under Federal Rules of Civil Procedures.**

2). Defendant *White* claims that he was misdirected by the Legal mail that was sent to him and sent his answer to all defendants to early and asks this court to hold the above listed documents in abeyance and or place said documents on hold / staying White's above listed documents until the Defendants ANSWER in the proceedings.

*White*, thus, shows that these circumstances were "extraordinary unusual," and said Motions were filed prematurely; therefore grant the limited stay and placing said discovery motions in abeyance unit the defendants have made appropriate pleadings.

WHEREFORE PREMISES SHOWN, Plaintiff White request for stay /abeyance under the circumstances ascribed above, hereinafter for juridical efficiency, as a matter of right.

Done so this March 18th 2008.

Respectfully submitted,

X *Willie Lee White*
Willie Lee White # 140147
Limestone Corrections Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of said Stay / Abeyance motion upon Defendants –properly addressed, postage prepaid as follows:

1). State of Alabama
    Honorable J. Matt Bledsoe for Riley / King and Harris
    11 South Union Street
    Montgomery, Alabama 36130

2). Alabama Pardon & Paroles
    Honorable Dana L. Pitman for Wynn, Weatherly, Longshore
    Post Office Box 302405
    Montgomery, Alabama 36130

Done so this March 18th 2008.

Respectfully submitted,

X *Willie Lee White*
Willie Lee White # 140147
Limestone Corrections Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

WILLIE LEE WHITE, 140147
LIMESTONE C.F., DORM-B
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

In re: 2:07-CV-1080-MHT

**LEGAL MAIL
CORRESPONDENCE**

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
POST OFFICE BOX# 711
MONTGOMERY, ALABAMA    36130-0711