IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1080-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for stay/abeyance filed by the plaintiff on March 20, 2008 (Court Doc. No. 33), in which plaintiff requests that his discovery requests be stayed or placed in abeyance, and as such action is not warranted, it is

ORDERED that the motion for stay/abeyance be and is hereby DENIED.

Done this 21st day of March, 2008.

                                            /s/ Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE