IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147,           ) | |
|                                                                 ) | |
|             Plaintiff,                                    ) | |
|                                                                 ) | |
|         v.                                                   ) | CIVIL ACTION NO. 2:07-CV-1080-MHT |
|                                                                 ) | |
| ALABAMA BOARD OF PARDONS  ) | |
| AND PAROLES, et al.,                       ) | |
|                                                                 ) | |
|             Defendants.                              ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before April 17, 2008 defendants Edna Harris and the Alabama Department of Corrections shall (i) show cause why they have failed to file a written report in compliance with the orders issued in this case, and (ii) file the requisite written report. The Clerk is DIRECTED to provide a copy of this order to the General Counsel for the Alabama Department of Corrections.

Done this 2nd day of April, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE