IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147,                )  | |
|                                                                     ) | |
|         Plaintiff,                                           ) | |
|                                                                     ) | |
|         v.                                                       ) | CIVIL ACTION NO. 2:07-CV-1080-MHT |
|                                                                     ) | |
| ALABAMA BOARD OF PARDONS   ) | |
| AND PAROLES, et al.,                        ) | |
|                                                                     ) | |
|         Defendants.                                     ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before April 17, 2008 the Victims of Crime Against Leniency ["VOCAL"] shall (i) show cause why it has failed to file a written report in compliance with the orders issued in this case, and (ii) file the requisite written report. The Clerk is DIRECTED to provide a copy of this order to Miriam Sheehan at 422 South Court Street, Montgomery, Alabama 36101.

Done this 2nd day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE