IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIE LEE WHITE** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:07-CV-1080-MHT |
| | ) |
| **ALABAMA PARDONS & PAROLES**, et al. | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** the defendant, **Edna Harris,** by and through Attorney General Troy King, via undersigned counsel, and responds to the Court's Order of April 2, 2008 to show cause why Edna Harris has failed to file a written report in compliance with the orders issued in this case as follows:

1. On March 10, 2008 "defendants Riley, King and Harris," filed a motion for extension of time to file their answer and special report. See [Court Doc. #25]

2. On March 10, 2008 this Court granted said motion and extended the deadline to file their answer and special report to April 9, 2008. Id.

3. Defendant Harris is unaware of any order striking the March 10, 2008 order, and intends to file her special report and answer by April 9, 2008.

4. Undersigned counsel was unaware that this Court considered the Alabama Department of Corrections (ADOC) as a defendant.

5.      The plaintiff did not list the ADOC as a defendant in his Complaint, nor does he articulate claim against them.

Respectfully submitted on this 3rd day of April, 2008.

/s/ J. MATT BLEDSOE
J. MATT BLEDSOE
Counsel for Defendants Riley, King & Harris

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

      I certify that I have on this the 3rd day of March, 2008, filed the foregoing with the Clerk of the Court, using the CM/ECF Filing System, and that I have further served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Willie White, #140147
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749


                                              /s/ J. MATT BLEDSOE
                                              OF COUNSEL