IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1080-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the response filed by the correctional defendants on April 3, 2008 (Court Doc. No. 38), it is

ORDERED that the show cause order entered on April 2, 2008 (Court Doc. No. 36) be and is hereby VACATED to the extent it seeks a response from defendant Harris. It is further

ORDERED that such order remain in full force and effect with respect to the Alabama Department of Corrections as the plaintiff lists them in the style of the case on page 1 of the complaint as "Ala. Dept. of Corrections."

Done this 4th day of April, 2008.

                /s/ Terry F. Moorer
            TERRY F. MOORER
            UNITED STATES MAGISTRATE JUDGE