IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:07-CV-1080-MHT |
| ) | |
| ALABAMA PARDONS & PAROLES, ) | |
| et al. ) | |
| ) | |
|     Defendants. ) | |

## DEFENDANTS' ANSWER

**COME NOW**, the defendants, **Alabama Governor Bob Riley and Alabama Attorney General Troy King, Classification Specialist Edna Harris, and the Alabama Department of Corrections,** and in accordance with this Honorable Court's Order of March 10, 2008, submit the following Answer to plaintiff's complaint.

## DEFENDANTS' RESPONSE

1.  Defendants deny each and every claim presented by the plaintiff in his complaint.

## AFFIRMATIVE DEFENSES

1.  Mr. White's vague and conclusory allegations of conspiracy do not support a §1983 claim.

2.  Defendants named in their official capacities are immune by virtue of sovereign immunity.

3.  Defendants named in their individual capacities are immune by virtue of qualified immunity.

4. Plaintiff lacks standing to bring this suit.

5. Defendants deny violating plaintiff's constitutional rights.

6. Defendants assert mistake of fact.

7. Defendants assert mistake of identity.

8. Plaintiff has failed to state a valid claim against any defendant.

9. Defendants assert statute of limitations for any erroneous information that was placed in his institutional file more than two years before the filing of this suit.

10. This Court lacks jurisdiction over this claim.

11. This Court should abstain from ruling on this matter as state law controls the issues, and plaintiff claims in a letter to an ADOC official that he has already filed a state court claim on this issue. See (Ex. A, p. 22) ("me and my family is (sic) in the process of filing a writ of habeas corpus in the Limestone Circuit Court in this matter").

12. Defendants reserve the right to assert additional defenses should the plaintiff clarify portions of his complaint.

Respectfully submitted on this 13th day of March, 2008.

TROY KING
ATTORNEY GENERAL
KIN047


s/ J. MATT BLEDSOE
J. Matt Bledsoe (BLE 006)
ASSISTANT ATTORNEY GENERAL

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this 9th day of April, 2008, electronically filed the foregoing with the Clerk of the Court, using the CM/ECF Filing System, and that I have further served a copy of the foregoing upon the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Willie White, #140147
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, AL  35749

                                                      s/ J. MATT BLEDSOE
                                                      OF COUNSEL