IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIE LEE WHITE, #140147,** | * |
| **Plaintiff,** | * |
| v. | *   CV 2:07-CV-1080-MHT |
| **ALABAMA BOARD OF PARDONS AND PAROLES, *et al.*,** | * |
| **Defendants.** | * |

### RESPONSE OF VICTIMS OF CRIMES AND LENIENCY TO THE COURT'S ORDER TO SHOW CAUSE

COMES NOW the undersigned counsel and in response to the Order to Show Cause executed by the Court on April 2, 2008, makes the following showing on behalf of Victims of Crimes and Leniency **(VOCAL)**:

1. Counsel for VOCAL apologizes to the Court and to the other parties in this matter for failing to file reports and responses on behalf of VOCAL. Miriam Shehane provided the undersigned with a copy of the original filing of this matter and there was a miscommunication and misunderstanding with regard to the intended role of undersigned counsel in this matter. Nevertheless, undersigned counsel has now spoken with Ms. Shehane of VOCAL and does understand that she meant for the undersigned counsel to file a response and otherwise protect the interests of VOCAL in this matter.

2. Filed herewith is the Special Report of VOCAL in response to the filing by Willie Lee White.

WHEREFORE, undersigned counsel respectfully submits this showing in response

1

to the Court's Order of April 2, 2008.

                                               H. E. Nix, Jr. (NIX007)
                                               Counsel for Defendant VOCAL

Of Counsel:
Nix Holtsford Gilliland Higgins & Hitson, P.C.
P. O. Box 4128
Montgomery, AL 36103
334-215-8585
334-215-7101 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing instrument has been served on the following individual(s) either by email from the Court Clerk or by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this ___14___ day of April, 2008.

Willie Lee White, #140147
Limestone Correctional Facility
28779 Nick David Road
Harvest, AL 35749 -7009

Dana L. Pittman
Assistant Attorney General
AL Board Pardons and Paroles
P. O. Box 302405
Montgomery, AL 36130

OF COUNSEL

2