IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE LEE WHITE, #140147,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CV 2:07-CV-1080-MHT** |
| | * | |
| **ALABAMA BOARD OF PARDONS** | * | |
| **AND PAROLES, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## VOCAL'S SPECIAL REPORT AND RESPONSE
## TO THE FILING OF WILLIE LEE WHITE

COMES NOW VOCAL, by and through counsel, and submits this Special Report and Response to the Filing of Willie Lee White:

1.    VOCAL is a private agency or organization which represents the interests of crime victims. This private agency or organization was initiated in 1982 and since that time has sought to assist victims of crime on a volunteer and private basis by generally assisting them, depending upon the victims' needs. Most crime victims do not understand how to deal with the various types of loss with which crime victims are faced after a crime has been committed. VOCAL performs jobs and tasks around the house of a crime victim by performing such horrible tasks as cleaning up crime scenes, thereby relieving the crime victim of performing that job. VOCAL provides counseling to crime victims. VOCAL seeks to help the victims of crimes. Crime victims are frequently forgotten and lost in the process of investigation of the crime and subsequent prosecution. VOCAL seeks to assure that crime victims are not forgotten.

1

2.    Miriam Shehane started VOCAL as a result of her own experiences subsequent to her daughter being brutally kidnaped and killed. Ms. Shehane understands the plight of crime victims and VOCAL seeks to help crime victims in any way it can. VOCAL is not a governmental agency and does not perform a governmental function.

3.    Mr. White's Complaint is based upon 42 U.S.C. §1983. An essential element of a §1983 claim is that an alleged constitutional deprivation was committed by a person acting under color of state law. *American Manufacturers Mutual Ins. Co. v. Sullivan,* 526 U.S. 40 (1999); *Parratt v. Taylor,* 451 U.S. 527 (1981); *Willis v. University Health Services, Inc.,* 993 F.2d 837, 840 (11th Cir. 1993). To state a viable claim for relief under §1983, a plaintiff must assert "*both* an alleged constitutional deprivation. . . *and* that 'the party charged with the deprivation [is] a person who may fairly be said to be a state actor.'" *American Manufacturers,* 526 U.S. at 50; *Rayburn ex rel. Rayburn v. Hogue,* 241 F3d 1341, 1347-48 (11th Cir. 2001) (emphasis in original).

4.    Since VOCAL is a private agency and not a state or governmental agency or organization, there can be no proof that VOCAL has acted under color of state law to deprive Mr. White of any constitutional right. In fact, undersigned counsel cannot find an allegation of a true constitutional violation alleged on the part of VOCAL and there is certainly no allegation that VOCAL is or may be considered a state actor.

5.    Mr. White's claims against VOCAL are, therefore, frivolous and due to be dismissed pursuant to the provisions of 28 U.S.C. §1915 (e)(2)(B)(i). *Neitzke v. Williams,* 490 U.S. 319, 327 (1989).

WHEREFORE, undersigned counsel requests that the Court dismiss this Complaint

with respect to VOCAL.

H. E. Nix, Jr. (NIX007)
Counsel for Defendant VOCAL

Of Counsel:
Nix Holtsford Gilliland Higgins & Hitson, P.C.
P. O. Box 4128
Montgomery, AL 36103
334-215-8585
334-215-7101 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served on the following individual(s) either by email from the Court Clerk or by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this _15_ day of April, 2008.

Willie Lee White, #140147
Limestone Correctional Facility
28779 Nick David Road
Harvest, AL 35749 -7009

Dana L. Pittman
Assistant Attorney General
AL Board Pardons and Paroles
P. O. Box 302405
Montgomery, AL 36130

OF COUNSEL