IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1080-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the special report filed by VOCAL on April 15, 2008 (Court Doc. No. 43), and for good cause, it is

ORDERED that on or before April 30, 2008 the aforementioned defendant shall file a supplement to its special report which addresses the plaintiff's claim that VOCAL, through its representative, conspired with state officials to affect the denial of his parole.

Done this 15th day of April, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE