IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE LEE WHITE,

  Plaintiff,

Vs.         2:07-CV-1080-MHT

ALABAMA PARDONS & PAROLES,
et al.

  Defendants.

## OBJECTION TO COURT ORDER DATED 4/04/08 DISSMISSING DEFENDANT EDNA HARRIS FROM CIVIL TORT

**COMES NOW**, the petitioner (**Willie Lee White**), in the above styled cause to Object to court Order Dated 4/4/08, Dismissing Defendant Edna Harris from Civil Tort. Grounds submits the following:

### 1. FACTS:

§ 1. Petitioner states in his original complaint (1983) on page (1), (White) is suing each Defendant in there on individual capacity not the Department of Corrections. The §1983 Complaint (form) to states the name(s) of the person who violated [y]our constitutional rights, White named the following:

 Sidney Williams    Governor Bob Riley
 Velinda A.J. Weatherly Honorable Troy King
 Robert Longshore
 Mrs. Edna Harris, (ADOC)
 Victim of Crime Against Leniency, (VOCAL)

§ 2.     White filed on December 27, 2007 his "**Motion to Compel Discovery**" in compliance with Court ORDER entered on December 14, 2007.

§ 3.     White filed on January 7, 2008 his "**Motion for Extension of Time" which was** granted, to and including January 22, 2008, to file an amendment to the compliance with the order entered on December 14, 2007.

§ 4.     White filed on **Motion to proceed In Forma Pauperis filed by the Plaintiff on December 20, 2007, and for good cause it ordered** to be granted, dated January 7, 2008.

§ 5.     Courts filed On **January 29, 2008, Magistrate Judge** ordered that all **Motions, Complaints**, be filed correctly.

§ 6.     White filed on **Motion for Joinder of Actions**, was Ordered to be Denied on January 31st, 2008.

§ 7.     **Ordered of the Magistrate Judge** that **Recommendation** that all parties file an objection to the Plaintiff's motion on February 13, 2008.

§ 8.     **Order for an Independent and de novo review of the record**, Ordered as follows:

   (1)  Plaintiff's objection (Doc. No. 19)
   (2)  The Magistrate Judge order (Doc. No. 13)
   (3)  The Magistrate Judge's recommendation (Doc. No. 14)

§ 9.     White filed on **Motion for Class Certification (Doc. No. 12): Ordered on 4th day of March, 2008.**

§ 10.    *Motion for Enlargement of Time* filed by the parole defendants on March 7, 2008 **(Court Doc. No. 21)**, Ordered to be granted order from March 10, 2008, including April 7, 2008 to *File Special Report*.

§ 11.    *Motion for Enlargement of Time* filed by defendants **Riley, Harris, Troy King** on March 10, 2008, and for good cause, it is Ordered aforementioned defendants to be granted.

§ 12.    *Motion for Extension of Time* defendants **Bob Riley, Troy King and Edna Harris** to file there special report within the (30) day extension.

§ 13.    *Motion for Continuance/Stay* filed by the Plaintiff on March 10, 2008, **(Doc. No. 28)**. Ordered motion to be denied on March 11, 2008.

§ 14.    *Review of the Interrogatories* filed by the Plaintiff on March 11th, 2008, **(Doc. No. 26)**. Ordered motion to be denied on March 11th, 2008.

§ 15.    *Motion for Discovery and Production of Documents* filed by the Plaintiff on March 11th, 2008 **(Doc. No. 27)** Ordered that this motion be denied on March 11th, 2008.

§ 16.    *Conflict Disclosure Statement* filed by the Magistrate Judge with provision of the *Middle District of Alabama's Generals Office Order No. 3047.* On *3/10/08.*

§ 17.    *Motion for Written* Report *by Victim of Crime Against Leniency [VOCAL],* filed on **April 2, 2008. Order to show cause failed to file written report**, it is Ordered by the **United**

*States Magistrate Judge Terry Moore* that the defendants *Edna Harris* provide copy of this order to the *General Counsel for the Alabama department of Corrections.* On or before April 17th, 2008.

§ 18.    *Motion for Stay/Abeyance* filed by the Plaintiff on March 20, 2008 *(Doc. No. 33),* Ordered that the motion for stay/abeyance be and is Denied. March 21st, 2008.

§ 19.    *Motion review Response filed by the Defendants on April 3,2008 (Court No. 38), it is* Ordered that such order remain in full force and effect with respect of the Alabama Department of Corrections done on April 4th, 2008.

§ 20.    On *March 10, 2008,* Response to Order to show cause that defendants *Edna Harris, Troy King*, show cause to why they has failed to file a written report in compliance with order issued in this case on April 2, 2008. On March 10, 2008 defendants *Riley, King, and Harris*, filed a motion for extension of time to their answer and *special report See [Court Doc.#23].*

§ 21.    On *March 10, 2008*, the Court granted said motion for extended deadline to file their answer and special report to April 9, 2008. **Id.**

§ 22.    *Defendant Harris* is unaware of any order striking the march 10, 2008, order, and intends to file her special report and answer by April 9, 2008.

§ 23.    **_Undersigned_** counsel was unaware that this court considered the Alabama Department of Corrections (ADOC) as a defendant.

§ 24.    The plaintiff did not list the ADOC as a defendant in his Compliant, nor does he articulate claim against them. Submitted on April 3, 2008

§ 25.    **_Motion for Enlargement of Time_** filed by the **_Alabama Bd. Of Pardons & Paroles_**, Board members **_Velinda Weatherly_** and board member **_Robert Longshore_** and former Board member **_Sidney T. Williams_** ask for **_(30)_** days to prepare an Answer in response to plaintiff's, and to answer at the adequate time ordered on **_April 7, 2008_**.

II.    **ARGUMENT**:

§ 26.    The defendant did not list (ADOC) as a defendant in his original complaint, as it shows on page (3.) of the compliant the defendants were sued in their individual capacity.

§ 27.    Moreover, we note that claims against state officers in their official capacity are "functionally equivalent" to claims against the entity they represent.

§ 28.    Defendant Harris knew the Court Order to Show Cause was filed on April 2, 2008, but denies she was unaware of this court order to show why her written report wasn't filed in the time set by the court[s]. March 10, 2008 was the deadline for the defendant to file her written report from the date of March 10th,

2008, but such report was not filed and the defendant's counsel filed for an Extension of Time from the previous order of (40) days that was order by the court[s] Harris counsel asked the court[s] for an additional (30) days.

§ 29.   On April 3rd, 2008, an Order to Show Cause why defendant Harris failed to be in compliance with the court order set by the Magistrate Judge on April 3, 2008. As the Court ordered on December 7th 2008 "file an amendment to his compliant on or before January 22nd 2008 -which:

'3. ¶ III.   Identifies the alleged false/erroneous information placed in his institutional file by the defendant Harris.'";

§ 30.     ¶ V. White stated in his motion to Amendment to 42 U.S.C. §1983 Complaint.

'5. Identifies the retroactive and discriminatory Parole procedures utilized in the determination to Deny him parole.'";

WHEREFORE PREMISES SHOWN, White prays that this Court would accept the above-mentioned "Objection to Court Order" to the previous pleadings and apply the standard.

Respectfully Submitted,

*(signature)*
Willie L. White, #140147

**CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY, that I this day, placed said same Objection In the U.S. Mailbox properly addressed to Honorable Debra Hackett, P.O. Box #711, Montgomery, Alabama 36130-0711. Done so this April 25, 2008.

Respectfully Submitted,

_____
Willie L. White, #140147
28779 NICK DAVIS RD, DORM-C
HARVEST, ALABAMA. 35749-7009

WILLIE WHITE, # 140147
28779 NICK DAVIS Rd, D-C
HARVEST, AL. 35749-7009

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

2:07-CV-1080-MHT

IN THE DISTRICT COURT OF THE U.S.
IN THE MIDDLE DISTRICT COURT
NORTHERN DISTRICT DIVISION
P.O. BOX 711
MONTGOMERY, AL. 36130-0711