IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>ALABAMA PARDON & PAROLES, )<br>et al., )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>2:07cv1080-MHT |

ORDER

It is ORDERED as follows:

(1) Plaintiff's objection to court order (Doc. No. 48) is overruled.  Edna Harris is still a defendant.

(3) This cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 5th day of May, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　UNITED STATES DISTRICT JUDGE