IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN
DIVISION

2008 MAY -8 A 9: 44

WILLIE LEE WHITE, #140147,
 PLAINTIFF,

V.        CASE NO: 2:07-CV-1080-MHT

ALABAM BOARD OF PARDONS
AND PAROLES, et al.,
 DEFENDANTS.

## MOTION FOR EXTENTION OF TIME

**COMES NOW,** Willie Lee White, #140147, (Plaintiff), pro-se, and moves this Court pursuant to Rule 26 (b), <u>Ala. R. App.P.</u>, and moves this Honorable Court to grant an Extention of Time in this case, as grounds shows the following:

1. Plaintiff is in prison and unlearned in the Law. He relies on inmate assistabce for the preparation of his legal pleadings.

2. The Law Library has limited space and hours thus the plaintiff needs additional time to file his answer. The Law Library has been closed due to (HIV) Educational Programs and plaintiff has been locked out of the Law Library due to these classes.

**WHEREFORE,** Plainitff moves the Court to grant him an additional Thirty (30) days in which to file his brief, making the new due date June 13, 2008.

Respectfully Submitted this 6th, day of May, 2008.

_____
Willie Lee White
Pro-se

CERTIFICATE OF SERVICE

I, hereby certify service of the foregoing upon the Attorney General of Alabam, Counsel for the Defendant Miriam Shehane (Vocal), and The United States District Court of the Middle Distr District Northern Division, by placing a copy of the same in the hands of prison officials for mailing in the United States Mail postage paid and addressed correctly this 6th day of May, 2008.

Willie White, pro-se
AIS# 140147, Dorm-C
28779 Nick Davis Rd
Harvest, Alabama. 35749

Service To:

Dana L. Pittman
Assistance Attorney General
Alabama Bd. Pardons & Paroles
P.O.BOX 302405
Montgomery, Alabama. 36130-2405

Counsel: Nix Holtsford
P.O.BOX 4128
Montgomery, Alabama. 36103

WILLIE L. WHITE, #140147
28779 NICK DAVIS RD, D-C
HARVEST, ALABAMA. 35749-7009

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

2:07-CV-1080-MHT

IN THE DISTRICT COURT OF THE
UNITED STATES MIDDLE DISTRICT OF ALABAM
NORTHERN DIVISION

CLERK,
P.O. BOX 711
MONTGOMERY, ALABAMA .. 36101-0711

:LEGAL MAIL:

36101+0711