IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-1080-MHT |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on May 8, 2008 (Court Doc. No. 50), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff be GRANTED an extension from May 14, 2008 to and including June 3, 2008 to file a response to the defendants' special reports in compliance with the directives of the order entered on April 24, 2008 (Court Doc. No. 47).

Done this 9th day of May, 2008.

                                                     /s/ Terry F. Moorer
                                                   TERRY F. MOORER
                                                   UNITED STATES MAGISTRATE JUDGE