```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005122
Cashier ID: christin
Transaction Date: 05/15/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
-----------------------------------
PLRA CIVIL FILING FEE
 For: WILLIE LEE WHITE
 Case/Party: D-ALM-2-07-CV-001080-001
 Amount:        $10.00
-----------------------------------
CHECK
 Remitter: LIMESTONE CORRECTIONAL FAC
 Check/Money Order Num: 4338
 Amt Tendered:  $10.00
-----------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00
```