IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 JUL -3 A 11: 15

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WILLIE LEE WHITE, #140147

    Plaintiff,

v.

ALABAMA BOARD OF PARDONS
AND PAROLES, et al.,

    Defendant.

)
) CIVIL ACTION NO:07-CV-1080
) [wo]         MHT
)
)
)
)
)

## ANSWER TO THE RECOMMENDATION OF THE MAGISTRATE JUDGES ORDER

This cause of action is pending before the court on a 42 U.S.C.§ 1983 complaint filed by Willie Lee White ["White"], a state inmate, on December 12, 2007. White states that this response is in the process of answering the Defendants special report. The written order on April 24, 2008 Court Doc. No.47 will be answered. White states due to the delay he was unable to move forward as needed due to the transformation that has taken place in the (HIV) Special Unit, now that the Special Unit is amended into the population activities white is able to answer the order of the Defendants and the Judge.

## CONCLUSION

For the foregoing reasons, it is the Request of the Plaintiff **Willie Lee White** that he be given a chance to answer the Judges Orders.

Handed down prior to the close of business on June 30, 2008.

Done this 30th day of June, 2008.

*/s/ Willie L. White*
Willie Lee White, #140147
28779 Nick Davis Road, D-C
Harvest, Alabama. 35749-7009

Willie White #140141
28779 Nick Davis Rd
Harvest, Ala. 35749-7009

Legal Mail
2:07-cv-1080-MHT

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.



Office of Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711