IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:07-CV-1080-MHT |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the response filed by the plaintiff on July 3, 2008 (Court Doc. No. 54), and for good cause, it is

ORDERED that the Recommendation entered on June 25, 2008 (Court Doc. No. 53) be and is hereby WITHDRAWN.

Done this 7th day of July, 2008.

                                  /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE