IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140147, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1080-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before August 22, 2008 the plaintiff shall show cause why this case should not be dismissed for his failure file a response to the defendants' written reports in compliance with the orders issued in this case. The plaintiff is *cautioned* that failure to file a response to this order will result in a Recommendation that this case be dismissed.

Done this 12th day of August, 2008.

      /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE