IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE WHITE, #140 147,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| v.         ) | CIVIL ACTION NO. 2:07-CV-1080-MHT |
| ) | [WO] |
| ALABAMA BOARD OF PARDONS         ) | |
| AND PAROLES, *et al.,*         ) | |
| ) | |
| Defendants.         ) | |

## MEMORANDUM OPINION

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on November 30, 2009 (Doc. 77), that this case be dismissed without prejudice.  After a review of the recommendation, to which plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.  An appropriate judgment will be entered.

DONE, this the 29th day of December, 2009.

　　　　　　　　　　　　　　　　　　/s/   Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE